**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-63053-LRC |
| | * | |
| BETTIE JEAN PFEIFER, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

**NOTICE OF FILING**

Pursuant to Rule 1009 F.R. Bankr. P., notice is hereby given that Debtor filed an amended pleading in the above-styled case to provide an Amendment to Chapter 7 Schedules and Summary of Assets and Liabilities and Certain Statistical Information to add Ford Motor Credit Company as a secured creditor to Schedule D.

Respectfully submitted,

/s/
Ronna M. Woodruff
Attorney for Debtor
GA Bar No. 108910

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-63053-LRC |
| | * | |
| BETTIE JEAN PFEIFER, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

### AMENDMENT TO CHAPTER 7 SCHEDULES AND SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION

COMES NOW, **BETTIE JEAN PFEIFER**, by and through undersigned counsel, and files this "Amendment to Chapter 7 Schedules and Summary of Assets and Liabilities and Certain Statistical Information" ("Amendment"), and shows this Honorable Court as follows:

### AMENDMENT TO CHAPTER 7 SCHEDULES

1.

Debtor amends her Chapter 7 Schedule D by substituting the attached in lieu thereof (to add Ford Motor Credit Company as a secured creditor thereto).

### AMENDMENT TO CHAPTER 7 SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION

2.

Debtor amends her Chapter 7 Summary of Assets and Liabilities and Certain Statistical Information by substituting the attached in lieu thereof.

WHEREFORE, Debtor prays that this

(a)  Amendment be filed, read, and considered;

(b)  Honorable Court grants this Amendment; and

    (c)        Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/
Ronna M. Woodruff
Attorney for Debtor
GA Bar No. 108910

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bettie Jean Pfeifer** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 17-63053-lrc |

☐ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1 Capital One, N.A.**
Creditor's Name

Attn: Sanjiv Yajnik, Pres
1680 Capital One Drive
Mc Lean, VA 22102
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $1,329.00    $140,520.00    $0.00

All Real and Personal Property

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fieri Facias**

**Date debt was incurred** 2009    **Last 4 digits of account number** 7853

---

**2.2 Ford Motor Credit Company**
Creditor's Name

c/o Micheal E. Bannister, CEO
One American Road
Dearborn, MI 48126
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $11,685.00    $140,520.00    $0.00

3846 Sunview Drive, N.W. Acworth, GA 30101  Cobb County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fieri Facias**

**Date debt was incurred** 2004    **Last 4 digits of account number** 7601

---

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  **Bettie Jean Pfeifer**
         First Name    Middle Name    Last Name

Case number (if know)   **17-63053-lrc**

---

| 2.3 | **Internal Revenue Service** | Describe the property that secures the claim: | $5,274.00 | $140,520.00 | $0.00 |

Creditor's Name

**All Real and Personal Property**

**Post Office Box 7346**
**Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Fieri Facias**

**Date debt was incurred**  **2010**     **Last 4 digits of account number**  **5556**

---

| 2.4 | **Selene Finance LLC** | Describe the property that secures the claim: | $71,254.00 | $140,520.00 | $0.00 |

Creditor's Name

**3846 Sunview Drive, N.W. Acworth, GA 30101  Cobb County**

**Post Office Box 422039**
**Houston, TX 77042**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **3/2002**     **Last 4 digits of account number**  **8226**

---

| 2.5 | **Summerfield Residential** | Describe the property that secures the claim: | $11,625.00 | $140,520.00 | $0.00 |

Creditor's Name
**Association, Inc.**
**110 Evans Mill Dr., Ste. 701**
**Powder Springs, GA 30127**
Number, Street, City, State & Zip Code

**3846 Sunview Drive, N.W. Acworth, GA 30101  Cobb County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**         **Last 4 digits of account number**

---

| Debtor 1 | **Bettie Jean Pfeifer** | | | Case number (if know) | **17-63053-lrc** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$101,167.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$101,167.00** |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bettie Jean Pfeifer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number    17-63053-lrc | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................  $  **140,520.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................  $  **2,137.00**

   1c. Copy line 63, Total of all property on Schedule A/B..............................................................  $  **142,657.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $  **101,167.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................  $  **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................  $  **9,996.00**

   **Your total liabilities**  $  **111,163.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................  $  **2,078.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..........................................................................  $  **2,078.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Bettie Jean Pfeifer**  Case number *(if known)*  **17-63053-lrc**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **695.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-63053-LRC |
| | * | |
| BETTIE JEAN PFEIFER, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that under penalty of perjury that on this day I have served the following parties with a copy of the attached "Amendment to Chapter 7 Schedules and Summary of Assets and Liabilities and Certain Statistical Information" by placing true and correct copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**Martha A. Miller, Esq.**  
**Chapter 7 Trustee**  
Post Office Box 5630  
Atlanta, GA  31107  
*VIA ECF*

**Bettie J. Pfeifer**  
3846 Sunview Drive, N.W.  
Acworth, GA  30101

This further certifies that, pursuant to BLR Rule 9007-2(d) NDGA, in the same manner stated above, I served the following party with notice of filing previously sent to all creditors whether such notices were served by Debtor, the Bankruptcy Clerk, or any other party in interest:

Ford Motor Credit Company  
Attention:  Michael E. Bannister, CEO  
One American Road  
Dearborn, MI  48126

Dated this 30th day of October, 2017

WOODRUFF LAW LLC  
123 Powers Ferry Road, S.E.  
Marietta, GA  30067  
770-565-7924  
770-565-7930 (Facsimile)

/s/_____  
Ronna M. Woodruff  
Attorney for Debtor  
GA Bar No. 108910

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-63053-LRC |
| | * | |
| BETTIE JEAN PFEIFER, | * | CHAPTER 7 |
| | * | |
| DEBTOR. | * | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, BETTIE JEAN PFEIFER, do hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my knowledge, information, and belief.

Dated this 30th day of October, 2017


Signed: /s/
BETTIE JEAN PFEIFER

**SUPPLEMENTARY MATRIX**

Ford Motor Credit Company
Attention: Michael E. Bannister, CEO
One American Road
Dearborn, MI 48126